IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Summer Boismier  )
)
)
)
)
Plaintiff(s),  )
)
v.  )   Case No. 23-cv-767
Ryan Walters  )
)
)
)
)
Defendant(s)  )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Summer Boismier .
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Brady Henderson    9-26-2023
Signature    Date

Brady Henderson
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Cream City Law, LLC
Firm

1009 Glen Oaks, Ste 109
Address

Mequon, WI 53217
City    State    Zip Code

414-563-7453
Telephone

brady@creamcity.law
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on September 27, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Brady Henderson
s/ Attorney Name