AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-767

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RYAN WALTERS</u> was received by me on *(date)* <u>Dec 12, 2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>KATIE WALTERS</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Fri, Dec 15 2023</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: December 18, 2023

*Server's signature*

Shawn Kidwell PSS-2021-5

*Printed name and title*

PO Box 7264, Moore, OK 73153

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 15, 2023, 11:10 am CST at 8225 NORTHWEST 152ND TERRACE, EDMOND, OK 73013 received by Katie Walters, Spouse of RYAN WALTERS;