## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUMMER BOISMIER,<br><br>　　*Plaintiff*,<br><br>v.<br><br>RYAN WALTERS,<br><br>　　*Defendant*. | Case No. CIV-23-767-J |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for Defendant Ryan Walters. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ Trevor Paul*
　　　　　　　　　　　　　　　　　　Timothy Davis
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24086142
　　　　　　　　　　　　　　　　　　Alexandra M. Williams
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24107297
　　　　　　　　　　　　　　　　　　Trevor Paul
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24133388
　　　　　　　　　　　　　　　　　　**JACKSON WALKER L.L.P.**
　　　　　　　　　　　　　　　　　　2100 Main St., Suite 2100
　　　　　　　　　　　　　　　　　　Fort Worth, TX 76102
　　　　　　　　　　　　　　　　　　(817) 334-7270 (phone)
　　　　　　　　　　　　　　　　　　(817) 334-7290 (fax)
　　　　　　　　　　　　　　　　　　Email: tdavis@jw.com
　　　　　　　　　　　　　　　　　　Email: amwilliams@jw.com
　　　　　　　　　　　　　　　　　　Email: tpaul@jw.com

>Local Counsel:
>
>David R. Gleason
>State Bar No. 31066
>dgleason@moricoli.com
>MORICOLI, KELLOGG AND GLEASON PC
>211 N. Robinson Ave., Suite 1350
>Oklahoma City, Oklahoma 73102
>Tel: 405-235-3357
>
>**COUNSEL FOR DEFENDANT RYAN WALTERS.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

>*/s/ Trevor Paul*
>Trevor Paul