# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SUMMER BOISMIER,

   *Plaintiff*,

v.

RYAN WALTERS,

   *Defendant*.

Civil Action No. 5:23-00767-J

## MOTION TO WITHDRAW AS COUNSEL

Timothy Davis, Trevor Paul, and Alexandra Williams, attorneys for Defendant Ryan Walters in the above-styled and numbered case, request that they be relieved of responsibilities for this matter. The other attorney for Defendant Ryan Walters in this case, David Gleason, will continue with the representation of Defendant.

Defendant reached out to Plaintiff's counsel on January 22, 2025, regarding the relief requested in this Motion and whether Plaintiff is opposed or not to the Motion. As of January 29, 2025, Plaintiff's counsel has yet to respond or otherwise inform Defendant that Plaintiff is opposed to this Motion.

WHEREFORE, Defendant Ryan Walters and Timothy Davis, Trevor Paul, and Alexandra Williams request that the Court enter an order allowing the above-mentioned attorneys to withdraw as counsel in this matter.

Respectfully submitted,

*/s/ Trevor Paul*
Timothy Davis
Texas State Bar No. 24086142
Alexandra M. Williams
Texas State Bar No. 24107297
Trevor Paul
Texas State Bar No. 24133388
**JACKSON WALKER L.L.P.**
2100 Main St., Suite 2100
Fort Worth, TX 76102
(817) 334-7270 (phone)
(817) 334-7290 (fax)
Email: tdavis@jw.com
Email: amwilliams@jw.com
Email: tpaul@jw.com

**COUNSEL FOR DEFENDANT RYAN WALTERS.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/ Trevor Paul*
Trevor Paul