We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

Subscribe to updates from OK State Dept of Ed

Email Address   e.g. name@example.c
[Subscribe]

Share Bulletin



# *CORRECTION* Hofmeister demands quick removal of pornographic books in school libraries

OK State Dept of Ed sent this bulletin at 07/27/2022 07:06 PM CDT

Having trouble viewing this email? View it as a Web page.



Rob Crissinger
Executive Director of Communications
(405) 521-3371
rob.crissinger@sde.ok.gov

Leslie Berger
Assistant Executive Director of Communications
(405) 521-6647
leslie.berger@sde.ok.gov

Erin Corbin
Communications Specialist
erin.corbin@sde.ok.gov

FOR IMMEDIATE RELEASE

## Hofmeister demands quick removal of pornographic books in school libraries

**OKLAHOMA CITY (July 27, 2022)** – State Superintendent of Public Instruction Joy Hofmeister today made the following remarks after a social media post revealed the presence of two obscene graphic novels potentially available in Tulsa Public Schools.

"This is inappropriate, sexually explicit material. It's pornography that does not belong in any public school library.

We've reached out to Tulsa Public Schools and are calling for the books to be removed immediately.

All school districts should review and evaluate what will be available in their libraries for the coming school year and remove any inappropriate materials.

Parents have the right to review what books are available in their children's schools, and to direct what their children have access to, so they can have confidence their children are in a safe learning environment."

###

 

SUBSCRIBER SERVICES:
Manage Preferences | Unsubscribe | Delete Profile | Help | Questions: Contact Us

© 2022 Oklahoma State Department of Education (OSDE). All rights reserved.

*To ensure future delivery of email, please include OKSDE@public.govdelivery.com and any emails from @sde.ok.gov on your safe senders list.

*Subscribe, update your subscriptions, modify your password or email address, or stop subscriptions at any time on the GovDelivery Subscriber Preferences Page. You will need your email address to log in. If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

Your privacy is important to us. Please review our Privacy Policy.

Please do not reply to this email. If you would like to contact the Oklahoma State Department of Education, please call us at (405) 521-3301. You can also find us online.