**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUMMER BOISMIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-767-J |
| | ) |
| RYAN WALTERS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order filed this same date, the Court enters judgment in favor of Defendant Ryan Walters.

ENTERED this 10th day of April, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE